Case 7:22-cr-01636 Document 8 Filed on 09/15/23 in TXSD Page 1 of 2

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in McAllen

UNITED STATES OF AMERICA

v.

JESUS GONZALEZ SALAZAR

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

**CASE NUMBER: 7:22CR01636-001**
**USM NUMBER: 91886-079**

Audrey Ann Archer and Juan Sonny Palacios, Jr.
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>1 and 2</u> of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | LAW VIOLATION: Being found in the U.S. after previous deportation. [8 U.S.C. § 1326(a) and 1326(b)] | 07/05/2022 |
| 2. | Illegal re-entry into the U.S. | 07/05/2022 |

☐ See Additional Violations

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-1084
Defendant's Date of Birth: XX/XX/1974

City and State of Defendant's Residence:
Tamaulipas, Mexico

August 24, 2023
Date of Imposition of Judgment

/s/ M. Alvarez
Signature of Judge

**MICAELA ALVAREZ**
**SENIOR U.S. DISTRICT JUDGE**
Name and Title of Judge

September 15, 2023
Date

Judgment — Page 2 of 2

DEFENDANT: **JESUS GONZALEZ SALAZAR**
CASE NUMBER: **7:22CR01636-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 6 months.

The Court further orders that the imprisonment term imposed in the instant offense run concurrently with the imprisonment term that was imposed in Criminal Docket Number 7:22CR01194-001.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL